**Tyrone WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 103720**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: November 22, 2016

Lisa M. Stroup, St. Louis, MO, for appellant.

Colette Neuner, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Tyrone White appeals from a denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).